UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____
CARLOS CEPEDA

                    **Plaintiff,**                    9:13-cv-1473
                                                                (GLS/CFH)

        v.

**MIKHAIL GUSMAN,**

                    **Defendant.**
_____
**APPEARANCES:**                         **OF COUNSEL:**

**FOR THE PLAINTIFF:**
Carlos Cepeda
Pro Se
10-A-0910
Coxsackie Correctional Facility
P.O. Box 999
Coxsackie, NY 12051

**FOR THE DEFENDANT:**
HON. ERIC T. SCHNEIDERMAN    RYAN W. HICKEY
New York Attorney General          Assistant Attorney General
Attorney for Defendant
The Capitol
Albany, NY 12224

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

On February 7, 2018, Magistrate Judge Christian F. Hummel filed a

Report-Recommendation and Order (R&R), which recommends that

Gusman's motion for summary judgment, (Dkt. No. 45), be granted and Cepeda's amended complaint, (Dkt. No. 9), be dismissed on the merits or, in the alternative, based upon a finding of qualified immunity or because it is barred by the Eleventh Amendment, (Dkt. No. 55 at 10-11,16-17, 18-19). Pending before the court is Cepeda's objection to the R&R.  (Dkt. No. 56.)

In his objection, Cepeda merely reiterates his disagreement with Dr. Gusman over whether surgery was the better course of treatment for his symptoms because he received prior surgical relief for similar symptoms. (Dkt. No. 56 at 2-3.)  Judge Hummel has already thoroughly considered this argument and concluded that mere disagreement over the proper course of treatment does not create an Eighth Amendment claim and, in any event, Dr. Gusman provided Cepeda adequate treatment.  (R&R at 10-16.)  Accordingly, Cepeda's general objection triggers clear error review. *See Almonte v. N.Y.S. Div. of Parole*, No. Civ. 904CV484, 2006 WL 149049, at *5-6 (N.D.N.Y. Jan. 18, 2006).

Having carefully considered the R&R in light of Cepeda's objection, the court finds no clear error in Judge Hummel's analysis, which squarely addresses Cepeda's arguments and provides multiple, appropriate reasons for granting Gusman's motion for summary judgment.  (R&R at 10-11,16-

17, 18-19.)  Accordingly, the R&R, (Dkt. No. 55), is adopted in its entirety.

Accordingly, it is hereby

**ORDERED** that the Report-Recommendation and Order (Dkt. No. 55) is **ADOPTED** in its entirety; and it is further

**ORDERED** that the defendant's motion for summary judgment (Dkt. No. 45) is **GRANTED**; and it is further

**ORDERED** that plaintiff's amended complaint (Dkt. No. 9) is **DISMISSED**; and it is further

**ORDERED** that the Clerk is directed to close this case; and it is further

**ORDERED** that the clerk provide a copy of this Order to the parties in accordance with the Local Rules of Practice.

**IT IS SO ORDERED.**

March 21, 2018
Albany, New York

Gary L. Sharpe
U.S. District Judge

3